

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-22-00087-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice
          Lori I. Valenzuela, Justice

On February 14, 2022, relator filed a petition for writ of mandamus complaining of the trial court's "Progress Report Order" rendered on January 21, 2022 and signed on February 11, 2022. Relator also filed a motion for temporary emergency relief asking this court to stay the order. On February 16, 2022, this court granted the motion to stay.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the amended petition in this court **no later than March 15, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** February 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.